# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

INFINITY SELECT INSURANCE COMPANY,

        Petitioner

        v.

TARRIE FLEMING, IVY SHELBY PATE, STEVEN L. PATE AND DUAN WILLIAMS,

        Respondents

:  No. 37 EAL 2017
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.